UNITED STATES of America, Plaintiff–Appellee,

v.

Philip Mark DECKER, also known as Phillip Mark Decker, Defendant–Appellant.

No. 06–10945
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 19, 2007.

J. Michael Worley, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Philip Mark Decker appeals his sentence following a guilty plea to uttering counterfeit obligations in violation of 18 U.S.C. § 472. Decker argues that the district court erred in denying a reduction in his offense level for acceptance of responsibility.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because Decker did not admit all of the conduct relevant to his offense, the district court's determination that he did not accept responsibility is not without foundation. *See United States v. Washington,* 340 F.3d 222, 227 (5th Cir.2003).

AFFIRMED.